IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00746-REB-KLM

LORINE STEPHENS-EDDY,

    Plaintiff,

v.

DONATELLI FAMILY REVOCABLE LIVING TRUST,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Modification of Scheduling Order** [Docket No. 17; Filed November 2, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The designation of expert witnesses deadline is extended to **November 30, 2009**.

Dated:  November 3, 2009