IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00746-REB-KLM

LORINE STEPHENS-EDDY,

    Plaintiff,

v.

DONATELLI FAMILY REVOCABLE LIVING TRUST,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Modification of Scheduling Order** [Docket No. 20; Filed November 25, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The deadline for designation of expert witnesses is extended to December 30, 2009. The deadline for designation of rebuttal expert witnesses is extended to January 30, 2010. The discovery deadline is extended to February 28, 2010. The dispositive motions deadline is extended to March 31, 2010.

Dated: December 3, 2009