IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-00746-REB-KLM

LORINE STEPHENS-EDDY,

    Plaintiff,

v.

DONATELLI FAMILY REVOCABLE LIVING TRUST,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation For Dismissal With Prejudice** [#25] March 29, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#25] March 29, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for June 4, 2010, is **VACATED**;

3. That the jury trial set to commence June 21, 2010, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 29, 2010, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge